UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

PETROHAWK PROPERTIES, LP           CIVIL ACTION NO. 09-cv-0319

VERSUS                             JUDGE WALTER

WILLIAM LANE STEPHENSON            MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

Petrohawk Properties, LP describes itself as a limited partnership and brings this diversity action against two Louisiana citizens. Petrohawk has not adequately alleged its citizenship so that the court may determine whether Petrohawk has met its burden of presenting facts that establish subject-matter jurisdiction. Petrohawk should file an Amended Complaint, seeking leave if then required under Rule 15, to allege its citizenship in accordance with the rules applicable to limited partnerships. Those rules can be found in Carden v. Arkoma Associates, 110 S.Ct. 1015 (1990); Mullins v. Testamerica, Inc., 2008 WL 4888576 (5th Cir. 2008); and Haddad v. Chesapeake Exploration, LLC, 2008 WL 5172395 (W.D. La. 2008). Petrohawk will be allowed until **March 20, 2009** to correct this deficiency. If the deficiency is not sufficiently remedied, the case will be subject to dismissal for lack of subject-matter jurisdiction.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 27th day of February, 2009.

_____
MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE